Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **City of Cincinnati** : | CASE NO. 12-CV-104 |
| **Plaintiff,** : | JUDGE BECKWITH |
| vs. : | |
| : | <u>**FINAL ORDER AND JUDGMENT**</u> |
| **Deutsche Bank National Trust Co., et al** : | |
| **Defendants.** : | |

Presently before this Court is Parties' Joint Stipulation of Final Proposed Order, filed on June 15, 2016 (Doc. 154). In accordance with and pursuant to the Court's order granting Plaintiff City of Cincinnati partial summary judgment (Doc. 151), on claims one through four of the City's Third Amended Complaint (Doc. 112) judgment is hereby directed to be entered in the amount of:

- Six hundred twelve dollars and fifty cents ($612.50) against Wells Fargo Bank, N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-4.

- Eighteen hundred dollars ($1800.00) against Wells Fargo Bank, N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2003-3.

- Three thousand seven hundred and fifty-five dollars and thirty-six cents ($3,755.36) against Wells Fargo Bank, N.A. as Trustee for Aegis Asset Backed Securities Trust Mortgage Pass-Through Certificates, Series 2004-3.

- Nine thousand three hundred and seventy-one dollars and seventy-five cents ($9,371.75) against Wells Fargo Bank, N.A. as Trustee for Bear Sterns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Series 2005-1.

- Two thousand one hundred dollars ($2,100.00) against Wells Fargo Bank, N.A. as Trustee for Delta Funding Corporation Home Equity Loan Asset-Backed Certificates Series 2000-2.

Exhibit A

- Six hundred and fifty-seven dollars and seventy-three cents ($657.73) against Wells Fargo Bank, N.A. as Trustee for Financial Asset Securities Corporation First Franklin Mortgage Loan Trust 2000-FF1 Asset-Backed Certificates, Series 2000-FF1.

- Five hundred dollars ($500.00) against Wells Fargo Bank, N.A. as Trustee for First Union Home Equity Loan Trust 1998-2 Home Equity Loan Asset-Backed Certificates Series 1998-2.

- Four thousand and nine hundred dollars ($4,900.00) against Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2000-5, Asset-Backed Certificates, Series 2000-5.

- One thousand two hundred dollars ($1,200.00) against Wells Fargo Bank, N.A. as Trustee for Option One Woodbridge Loan Trust 2002-1 Asset Backed Certificates Series 2002-1.

- Eight hundred seventy-five dollars ($875.00) against Wells Fargo Bank, N.A. as Trustee for RMAC Trust, Series 2010-7T.

- Three thousand six hundred ninety dollars ($3,690.00) against Wells Fargo Bank, N.A. as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Floating Rate Mortgage Pass-Through Certificates Series 1999-3.

- Three thousand four dollars and seventy-two cents ($3,004.72) against Wells Fargo Bank, N.A. as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Floating Rate Mortgage Pass-Through Certificates Series 1999-AQ1.

- Eighteen hundred dollars ($1,800.00) against Wells Fargo Bank, N.A. as Trustee for Carrington Mortgage Loan Trust, Series 2006-RFC1 Asset-Backed Pass-Through Certificates.

- Six hundred dollars ($600.00) against Wells Fargo Bank, N.A. as Trustee for First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2002-FF3.

- Eighteen hundred dollars ($1,800.00) against Wells Fargo Bank, N.A. as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates Series 2002-BC1.

The City's claims against Wells Fargo, N.A. as Trustee for Banc of America Alternative Loan Trust 2007-1 Mortgage Pass-Through Certificates Series 2007-1 with respect to Vacated Building Maintenance License fees (Claim Three) at 927 Sunset Avenue are dismissed with prejudice.

{00203414-1} 2

Exhibit A

All other claims brought in this case have been disposed of by either Stipulated Orders of Dismissal (Docs. 153, 129) or in prior Orders of dismissal entered by this Court (Docs. 61 and 120). All remaining final pre-trial and trial dates in this matter are hereby vacated. The Clerk shall enter judgment accordingly and shall terminate this case in this Court.

**SO ORDERED.**

DATED: June 20, 2016

Sandra S. Beckwith, Senior Judge
United States District Court